FILED
2024 Sep-17 AM 09:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# GATELY & MORRIS

A Professional Corporation

Callaghan Tower
8023 Vantage Drive, Suite 590
San Antonio, Texas 78230-4752
Telephone: (210) 699-4800
Facsimile: (210) 248-0809
Web: www.gatelylaw.com

S. Jeffrey Gately
jeff@gatelylaw.com

David L. Morris
david@gatelylaw.com
Board Certified
Estate Planning & Probate Law
Texas Board of Legal Specialization

August 29, 2024

**Via Certified Mail, Return Receipt Requested**
**And via electronic mail:** tasteofcountry@townsquaremedia.com

Allison Zolot, Esq.
Senior Vice President and General Counsel
Townsquare Media, Inc. d/b/a Taste of Country
1 Manhattanville Rd., Suite 202
Purchase, NY 10577-2100

and

Carena Liptak
Author
Townsquare Media, Inc. d/b/a Taste of Country
1 Manhattanville Rd., Suite 202
Purchase, NY 10577-2100

Re:    **The article titled *"Rory Feek's Daughters Are Pursuing Legal Action Against Him — Here's Why [Exclusive],"* published on Townsquare Media's Taste of Country website on August 29, 2024 (the "Article") written by Carina Liptak**

Dear Ms. Zolot and Ms. Liptak:

I represent Heritage Ministries d/b/a Homestead Heritage and its members regarding the above-referenced Article. Please direct any further communication regarding this matter to my offices.

It is clear from reading the Article that you are very much unfamiliar with Homestead Heritage and who and what they are. Homestead Heritage is an intentional Christian community of people who live in Waco, Texas, Greycliff, Montana, and several other places around the globe. In their efforts to honor Jesus,

they pursue an agrarian-based lifestyle of simplicity.  Homestead Heritage has never sued anyone, but the Article has brought my client to the point where, if things do not change, they will be forced to pursue a court-based remedy.

You see, the Article contains multiple false, misleading, disparaging, and defamatory statements that have caused and are likely to cause further significant harm to the reputation and standing of Homestead Heritage and its members. It violates almost every journalistic ethic and principle:  truthfulness, accuracy, fact-based communications, independence, objectivity, impartiality, fairness, respect for others, public accountability, etc.  The Article seems to hide behind a story claiming that Rory Feek's daughters are suing him as a cover for defaming and bashing a clearly identifiable Christian community of approximately 1,200 members (in the Texas location).

Because of the extreme, one-sided, and maliciously defamatory nature of the Article, we must make this formal demand that Townsquare Media, Inc. d/b/a Taste of Country ("TSM"):  (1) immediately remove the above-referenced defamatory story from the Taste of Country website; (2) cease and desist from publishing or disseminating any further false, misleading, or defamatory content regarding Homestead Heritage; and (3) immediately retract this highly inaccurate and defamatory Article.

TSM's Article makes and/or repeats several libelous claims that are not only unfounded but also have been unequivocally repudiated by law enforcement agencies, credible news outlets, and former and current Homestead members. Among others, the following statements made in the Article are actionable:

1. **"The community has a lengthy track record of sexual and domestic abuse allegations, and multiple members have been convicted of sex crimes against minors."**
   This statement is a blatant falsehood and misrepresentation of the facts. The incidents referenced are isolated cases involving specific individuals, all of whom were reported to legal authorities by the leadership of Homestead Heritage. As confirmed by McLennan County Sheriff's Department spokesperson Lieutenant Clay Perry, who explained that when these incidents were reported, "people from within Homestead Heritage either instructed or escorted the individuals to come to us and brought them to us." Furthermore, McLennan County District Attorney Abel Reyna unequivocally stated that these cases are "independent, isolated cases" and do not indicate an "epidemic of something going on at Homestead Heritage." The Article's failure to include this critical context is not only irresponsible but also defamatory, as it falsely portrays the entire community as complicit in these isolated crimes.  The truth is that the track record of Homestead Heritage is that it exposed these isolated crimes and assisted authorities in bringing the perpetrators to justice.

2. **"The sisters claim Indiana has already suffered injury while visiting a Homestead community."**
   The Article sensationally states that Indiana "was terribly injured" while at Homestead. In fact, Indiana was enjoying a ride in a pony cart when the pony bolted, and in the jostling that ensued, sadly, her leg received a bad rubber burn

from the cart's tire. She was immediately treated by the community's licensed physician. Yet, to somehow use this incident as an anecdote of the systemic, community-wide child abuse of which the Article is accusing Homestead is the height of absurdity and irresponsibility and is clearly an ill-advised and malicious attempt to defame the community with an incident that could happen on any farm with live animals.

3. **"In 2012, the Texas Observer published a lengthy investigation into a series of allegations of child abuse, domestic abuse, and coverups within the group."**
By repeating these unverified allegations from the Texas Observer, TSM has republished this story and is thus perpetuating the same libelous, spurious, and irresponsible reporting that has been thoroughly discredited and which was later retracted by the Texas Observer.

4. **TSM incorporated a link in the Article to a video which originated from WFAA News 8.**
Again, by creating an active link to this now-discredited story, TSM has engaged in a republication of this libelous story. The link operates as an "incorporation by reference" as if the WFAA story were "fully copied and set forth at length," as we often recite in contracts. The WFAA story repeated the erroneous information contained in the Texas Observer piece. WFAA subsequently removed their report after credible news outlets, such as KCEN HD News of Waco, Texas, demonstrated that Homestead Heritage's leadership was instrumental in bringing the perpetrators mentioned in your Article to justice.
Additionally, the Article fails to acknowledge that more than 90 former members of Homestead Heritage, who no longer subscribe to its beliefs or lifestyle, signed a petition at the time of the Observer article and WFAA story, categorically repudiating the absurd claim that the community hides or harbors sex offenders. The exclusion of these substantiated, exculpatory facts is a serious omission that results in a distorted and defamatory narrative. Had TSM's reporter done any research whatsoever about Homestead Heritage, she would have quickly discovered these facts. In fact, a simple viewing of Homestead Heritage's YouTube channel would have led her to videos containing interviews with law enforcement authorities, current members, and even past members, which definitively refuted the Texas Observer and WFAA stories. Not long after one of these videos was posted by Homestead Heritage, WFAA took down its video, and the reporter of that story was relieved of his position. The video now only exists in a few grainy copyright-infringing versions, such as the one to which the Article linked. WFAA has also since published a very accurate and positive piece about Homestead Heritage in their "One Tank Roadtrips" series. TSM should consider doing the same as the Taste of Country readers may enjoy reading and seeing something positive and educational and which is actually focused on an agricultural and "country" lifestyle.

5. **"Homestead Heritage has been at the center of more sex abuse allegations."**
This broad and unsubstantiated statement is a gross exaggeration that recklessly tarnishes the reputation of Homestead Heritage. The claim is devoid of credible

evidence and repeats defamatory accusations that multiple law enforcement agencies and credible news reports have unequivocally debunked. Again, just a few minutes of some research by Ms. Liptak and/or your fact checkers would have yielded enough information for TSM and Ms. Liptak to realize that these allegations in the Article are patently false.

The Article includes other false claims, such as the assertion that Peter Sellers was a member of Homestead Heritage when his daughter tragically committed suicide. This is categorically false, as Peter Sellers had not been a member of the community for years prior to that event. Similarly, the claim that Timothy Vidaurreta is a current member of Homestead Heritage is patently untrue; he has not been part of the community for years. These inaccuracies are not mere errors—they are reckless misstatements that demonstrate a complete disregard for the truth.

These statements, among others in the Article, are not only false but also defamatory *per se*, as they allege criminal activity, dishonesty, and unethical conduct on the part of Homestead Heritage. These statements and others further demonstrate a reckless disregard for the truth of the matters asserted therein. The repetition of these unsubstantiated claims, originally propagated by the Texas Observer and by WFAA, has exacerbated the harm caused to the community's reputation and subjected its members to public scorn and ridicule. These false statements were made with knowledge of their falsehood or with reckless disregard for the truth. The Article's intentional omission of exculpatory evidence, such as quotes from district attorneys and sheriff departments at the time of the news reports (2012), the complete failure to include testimony or interviews with Homestead, and an entire disregard for the abundant data available on Homestead Heritage's website (which Ms. Liptak evidently reviewed) and YouTube channels, demonstrates a blatant and reckless disregard for the truth.

**Legal Consequences**

Under Texas defamation laws (which apply per Texas Civil Practice and Remedies Code § 15.017 and 28 USC § 1391(b)(2)), both TSM and Ms. Liptak are legally liable for the damages resulting from these defamatory and disparaging statements. The publication of false and damaging information with reckless disregard for the truth constitutes actionable defamation with actual malice. Should TSM fail to comply with this demand, we will not hesitate to pursue all legal remedies available, including filing a lawsuit seeking injunctive relief and monetary damages. We are considering filing this as a class action and as such, will pursue recoverable attorney's fees as well.

**Demand**

We hereby demand that TSM:

1. Immediately cease and desist from publishing any further defamatory statements about Homestead Heritage and its members.
2. Retract the defamatory statements in the Article and issue a public apology, both on the Taste of Country website and in any other mediums where the Article was published or shared.

3.  Remove the defamatory Article from all platforms, including online and print publications.

**Conclusion**

We trust that you understand the grave nature of this matter and will take immediate steps to rectify the situation. It is not my client's desire to have to file a lawsuit.  We would rather that you instead remove the article and come and visit Homestead Heritage and engage in a conversation so that any future article you may write about Homestead Heritage would be based upon first-hand factual knowledge rather than spurious, sensational, one-sided defamatory myths.

Please provide a written response to this letter by the tenth day following your receipt of this letter indicating TSM's agreement to comply with the demands outlined above. Failure to do so will result in legal action.  Please do not doubt my client's resolve in this matter.

Sincerely,

S. Jeffrey Gately

**GATELY & MORRIS, PC**
8023 VANTAGE DRIVE, SUITE 590
SAN ANTONIO, TEXAS 78230-4752



CERTIFIED MAIL

9589 0710 5270 0183 7456 27

ALLISON ZOLOT AND CARENA LIPTAK
TOWNSQUARE MEDIA DBA TASTE OF COUNTRY
1 MANHATTANVILLE RD STE 202
PURCHASE, NY 10577-2100

PITNEY BOWES
US POSTAGE $9.640
FIRST-CLASS
028W0002311248
2000102843
ZIP 78230
AUG 30 2024

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $ 9.10
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .69

Total Postage and Fees
$ 9.64

Sent To: Allison Zolot + Corena Liptak
Street and Apt. No., or PO Box No.: 1 Manhattanville Rd Ste 202
City, State, ZIP+4®: Purchase, NY 10577

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0183 7456 27

23035

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Allison Zolot & Carena Liptak
1 Manhattanville Rd Ste 202
Purchase, NY 10577

9590 9402 9065 4122 4045 22

2. Article Number *(Transfer from service label)*

9589 0710 5270 0183 7456 27

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Darretta*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*: Lisa Darretta
C. Date of Delivery: 9/3/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt