| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| R. Aaron Chastain, Esq.<br>Bradley Arant Boult Cummings LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL  35203<br>Telephone No: 205-521-8000 | |
| Ref. No. or File No.: | |
| Attorney for: **Plaintiff(s)** | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of Alabama

Plaintiff(s): Heritage Ministries, et al
Defendant: Heidi Caroline Feek, et al

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>24CV01267HNJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint

3. a. Party served:           Carena Elizabeth Liptak
   b. Person served:          Carena Elizabeth Liptak, Personally

4. Address where the party was served:    1634 Lake Road
                                           Hamlin, NY  14464

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep. 23, 2024 (2) at: 4:36PM

7. **Person Who Served Papers:**       Fee for Service:
   a. Titine Matzan
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I affirm on September **26**, 2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

AFFIDAVIT OF SERVICE
Summons and Complaint

_(Titine Matzan)_    racha.270312