# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHWESTERN DIVISION

| | |
|---|---|
| **HERITAGE MINISTRIES D/B/A HOMESTEAD HERITAGE; HERITAGE BARNES, LLC D/B/A HERITAGE RESTORATIONS; MATTHEW BRANDSTADT; BRIAN BRANSTADT; and DANIEL BRANDSTADT,**<br><br>Plaintiffs,<br><br>v.<br><br>**HEIDI CAROLINE FEEK; TOWNSQUARE MEDIA, INC. D/B/A TASTE OF COUNTRY; and CARENA ELIZABETH LIPTAK,**<br><br>Defendants. | CIVIL ACTION NO.<br><br>3:24-CV-01267-HNJ |

## DEFENDANTS TOWNSQUARE MEDIA, INC. D/B/A TASTE OF COUNTRY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Townsquare Media, Inc. d/b/a Taste of Country states that it is a publicly-held corporation and no publicly-held corporation owns more than 10% of its stock.

Dated: December 12, 2024.

                                                                       Respectfully submitted,

                                                                         */s/ Tatum L. Jackson*
                                                                        John G. Thompson

> *jthompson@lightfootlaw.com*
> Tatum L. Jackson
> *tjackson@lightfootlaw.com*
> Lightfoot, Franklin & White, L.L.C.
> The Clark Building
> 400 North 20th Street
> Birmingham, AL 35203-3200
> (205) 581-0700
> (205) 581-0799 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

R. Aaron Chastain (CHA098)
J. Graham Gilmore (GIL095)
*ggilmore@bradley.com*
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Larry B. Moore
*lbmoore@mblattorneys.com*
Ian Michael Berry
*imberry@mblattorneys.com*
MOORE, BERRY & LINVILLE
211 North Court Street
Post Office Box 9
Florence, Alabama 35631
(256) 718-0120

Douglas B. Hargett
*douglas@loftinholt.com*
G. Rick Hall
*rick@loftinholt.com*
LOFTIN HOLT HALL & HARGETT LLP
201 South Court Street, Suite 320
Florence, Alabama 35630
(256) 381-7750

> */s/ Tatum L. Jackson*
> OF COUNSEL