# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| HERITAGE MINISTRIES D/B/A, HOMESTEAD HERITAGE; HERITAGE BARNS, LLC D/B/A HERITAGE RESTORATIONS; MATTHEW BRANDSTADT; BRIAN BRANDSTADT; AND DANIEL BRANDSTADT<br><br>Plaintiff,<br><br>v.<br><br>HEIDI CAROLINE FEEK; TOWNSQUARE MEDIA, INC. D/B/A TASTE OF COUNTRY; AND CARENA ELIZABETH LIPTAK<br><br>Defendants. | Case # 3:24-cv-01267-HNJ |

## COUNTRY MUTUAL INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Country Mutual Insurance Company ("Country Mutual"), and hereby makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable.

1.  Country Mutual is organized as a mutual insurance company under the laws of Illinois, with its principal place of business in Bloomington, Illinois.

2.  Country Mutual is controlled by the Illinois Agricultural Association ("IAA"), a not for profit entity with its principal place of business in Illinois. No publicly held corporation owns ten percent (10%) or more of Country Mutual's stock.

                                              Respectfully submitted,

                                              *W. Evans Brittain*
                                              W. Evans Brittain
                                              Attorney for Defendant Country Mutual Insurance Company

OF COUNSEL:
Ball, Ball, Mathews & Novak
P.O. Box 2148
Montgomery, AL, 36102
(334) 387-2067
ebrittain@ball-ball.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 6th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following registered persons and that those persons not registered with the ECF system were served by U.S. mail:

J. Graham Gilmore
R. Aaron Chastain
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Larry B. Moore
Ian M. Berry
Moore Berry & Linville
PO Box 9
Florence, AL 35631-0009

Douglas B. Hargett
G. Rick Hall
Loftin Holt Hall & Hargett, LLP
201 South Court Street, Suite 320
Florence, AL 35630

John G. Thompson Jr.
Tatum L. Jackson
Lightfoot Franklin & White, LLC
400 20th St N
Birmingham, AL 35203

                                             *W. Evans Brittain*
                                             OF COUNSEL