IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| HERITAGE MINISTRIES D/B/A, ) <br> HOMESTEAD HERITAGE; HERITAGE ) <br> BARNS, LLC D/B/A HERITAGE ) <br> RESTORATIONS; MATTHEW ) <br> BRANDSTADT; BRIAN BRANDSTADT ) <br> and DANIEL BRANDSTADT, ) <br>                                      ) <br>     Plaintiffs,                      ) <br>                                      ) <br> v.                                   ) <br>                                      ) <br> HEIDI CAROLINE FEEK;                 ) <br> TOWNSQUARE MEDIA, INC. D/B/A         ) <br> TASTE OF COUNTRY; and                ) <br> CARENA ELIZABETH LIPTAK,             ) <br>                                      ) <br>     Defendants.                      ) | Case No. 3:24-CV-01267-LCB |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Heritage Ministries d/b/a Homestead Heritage ("Homestead Heritage"), Heritage Barns, LLC d/b/a Heritage Restorations ("Heritage Restorations" and together with Homestead Heritage, "Plaintiffs"), move pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file the Amended Complaint attached as **Exhibit A.**

Federal Rule of Civil Procedure 15(a)(2) allows a party to amend a pleading with the written consent of the opposing party or leave of Court, which the Court "should freely give . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). "In the

1

absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). The policy behind Rule 15(a)(2) is to "liberally permit[] amendments to facilitate determination of claims on the merits." *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401, 407 (11th Cir. 1989). Thus, while the decision whether to grant leave to amend is "committed to the sound discretion of the trial court," *id.* at 406, "unless a substantial reason exists to deny leave to amend," that discretion "is not broad enough to permit denial." *Id.* at 407.

      Here, good cause exists for the Court to grant leave for the Plaintiffs to file the Amended Complaint. The proposed Amended Complaint removes Matthew, Brian, and Daniel Brandstadt as plaintiffs, as they no longer wish to pursue their claims, and seek dismissal without prejudice.[1] In addition, the proposed Amended Complaint includes additional allegations regarding this Court's personal jurisdiction over Defendant Carena Liptak—who has presently withdrawn her motion to dismiss "in the interests of judicial economy and efficiency," but has not

---

[1] Fed. R. Civ. P. 41 governs the dismissal of actions, not individual claims; however, Plaintiffs concede that a subsequent dismissal would be with prejudice.

waived personal jurisdiction or filed an answer. *See* Doc. 42. These additional allegations are brought following review of documents produced by Defendant Heidi Feek, which evidence hundreds of communications between her and Ms. Liptak regarding the Article.

No good reason exists to deny the Plaintiffs leave to amend. This Motion is not brought for the purposes of delay, and the Defendants will not suffer any prejudice, as the central allegations from the original Complaint remain unaltered, and nothing in the Amended Complaint enlarges or substantially alters the subject-matter of the case or the scope of discovery. Plaintiffs have diligently prosecuted this case and the amended will not cause delay, prejudice, or modification of the existing scheduling order.

For these reasons, the Plaintiffs respectfully request that the Court grant them leave to file the Amended Complaint attached as **Exhibit A.**

Respectfully submitted this the 21st day of July, 2025.

/s/ R. Aaron Chastain
R. Aaron Chastain (CHA098)
J. Graham Gilmore (GIL095)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
achastain@bradley.com
ggilmore@bradley.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system, which will send notification of such filing to those parties who receive electronic notices via CM/ECF in the above-referenced case.

/s/ R. Aaron Chastain
OF COUNSEL