FILED
2025 Aug-08  AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

https://www.ups.com/ship/core/confirmation?tx=0814757269820766668&loc=en_US&cpc=success

View/Print Label

S JEFFREY GATELY
2106994800
GATELY & MORRIS, P.C.
8023 VANTAGE DRIVE, SUITE 590
SAN ANTONIO TX 78230

**LTR**    **1 OF 1**

SHIP TO:
HEIDI FEEK
601 PAXTON STREET
**NORTH FLORENCE AL 35630**



**AL 356 0-01**

**UPS NEXT DAY AIR**    **1**
TRACKING #: 1Z 5ZG 78T 01 0653 4420



BILLING: P/P

XOL 24.08.02      NV45 36.0A 09/2024*

™

9/7/24, 2:09 PM

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | CVS STORE # 1201 | ADVANCE AUTO PARTS STORE 4296 |
| 7970 FREDERICKSBURG RD | 4730 FREDERICKSBURG RD | 4515 FREDERICKSBURG RD |
| SAN ANTONIO TX 78229-3891 | SAN ANTONIO TX 78229-3865 | SAN ANTONIO TX 78201-6519 |

FOLD HERE

_____

# GATELY & MORRIS

## A PROFESSIONAL CORPORATION

**CALLAGHAN TOWER**
**8023 VANTAGE DRIVE, SUITE 590**
**SAN ANTONIO, TEXAS 78230-4752**
TELEPHONE: (210) 699-4800
FACSIMILE: (210) 248-0809
WEB: WWW.GATELYLAW.COM

S. JEFFREY GATELY
JEFF@GATELYLAW.COM

DAVID L. MORRIS
DAVID@GATELYLAW.COM
*BOARD CERTIFIED*
*ESTATE PLANNING & PROBATE LAW*
*TEXAS BOARD OF LEGAL SPECIALIZATION*

September 6, 2024

**Via UPS Next Day Air**
**and Email**

Ms. Heidi Feek
601 Paxton St.
Florence, AL  35630
feekyfeek@gmail.com

**Re:     Cease & Desist; False and Defamatory Statements Regarding Homestead**
**Heritage Community**

Dear Ms. Feek:

This firm represents Heritage Ministries d/b/a Homestead Heritage and Heritage Barns, LLC d/b/a Heritage Restorations, Matthew Brandstadt, the Brian Brandstadt family, and Daniel Brandstadt (collectively, "Clients").

It has come to our attention that you have engaged in a calculated campaign of spreading false and defamatory information about our Clients.  This has taken the form of social media posts made directly by you as well as your statements to media outlets.  Because these statements allege that our Clients have engaged in criminal, quasi-criminal, and/or otherwise reprehensible or improper activity, they constitute actionable defamation.

Our Clients are considering all available legal options to defend themselves and their community against these false, malicious, and harmful attacks. Today, we write to formally notify you of what you almost certainly already know: your allegations against our Clients and their community are lies. Some of these lies (as well as the factual truths regarding them) include

the following statements that you published in a public post on your Instagram account under your verified username, @feekyfeek:

- You falsely claim that there are "*numerous* convicted pedophiles within Homestead [Heritage]."[1]

In truth, almost 20 years ago, a single Homestead Heritage member admitted he had engaged in wrongful activity with his own daughter, and Homestead Heritage turned that person over to the authorities. Homestead Heritage has also turned over non-members to authorities where those individuals admitted to engaging in criminal activities. The government authorities involved in these situations have directly confirmed this record of turning criminals over to law enforcement in independent news reports, which are also available on their website.[2]

- You falsely claim that Daniel Brandstadt is a "fugitive."

A "fugitive" is defined as a person involved in a criminal case who tries to elude law enforcement, especially by fleeing the jurisdiction.[3] Daniel Brandstadt is not the subject of any criminal case or investigation. In fact, the case you position next to his photograph (where you encompass his face with a yellow box) is a civil case, not a criminal case. Remarkably, when a viewer clicks the ellipsis below your post to view more information, you acknowledge that the case you cite is a civil case—yet you continue to publicly describe Mr. Brandstadt as a "fugitive."

This false claim is also damaging to the Brian Brandstadt family—who you suggest is harboring an alleged fugitive.

- You falsely claim that Homestead Heritage is harboring fugitives.

  - No members of Homestead Heritage are fugitives, and there is absolutely no factual basis for this claim.

  - You cast our Clients in a false light by falsely claiming that a person named Timothy Vidaurretta is a "Homestead fugitive," and falsely associating alleged criminal charges against Mr. Vidaurretta with Heritage Restorations and Homestead Heritage.

Timothy Vidaurretta—who features prominently in your Instagram post, wearing a Heritage Restorations hat– is not a member of Homestead Heritage and is not an employee of Heritage Restorations. Many years ago, Mr. Vidaurretta was a member of Homestead Heritage, along with his family, and briefly worked for Heritage Restorations. His alleged crimes took place long after he left his family and the Homestead Heritage community. By calling Mr. Vidaurretta a "Homestead fugitive" and featuring him in a Heritage Restorations hat, you are portraying all

---

[1] This claim is repeated on news outlets including Fox News, https://www.foxnews.com/entertainment/country-singer-rory-feek-refutes-claims-10-year-old-daughter-being-neglected-denies-cult-ties, and The Daily Mail, https://www.dailymail.co.uk/usshowbiz/article-13806679/Country-star-Rory-Feek-hits-adult-daughters-accused-exposing-kid-sister-abusive-cult.html.
[2] https://response.homesteadheritage.com/kcen-videos/.
[3] *See generally Mozingo v. State*, 562 So. 2d 300, 303 (Ala. Crim. App. 1990).
[4] https://tasteofcountry.com/rory-feek-heidi-feek-homestead-heritage-child-abuse/

of the following plaintiffs in a false light by associating them with Mr. Vidaurreta's alleged activities that occurred long after he left the church community: Homestead Heritage, Heritage Restorations, Mr. Matthew Brandstadt (an owner of Heritage Restorations), and the Brian Brandstadt family.

There are additional statements you have made to media outlets about our Clients which are demonstrably false and which have been published by you with knowledge that they are not true or reckless disregard as to whether or not they are actually true. These include, without limitation:

- Fox News quotes you as saying that Homestead Heritage is "a group with a well-documented history of physical and sexual abuse of children." [1]

- Taste of Country quotes you stating Homestead Heritage is "an organization known for its troubling history of child abuse." [4]

Many other outlets repeat these baseless and false allegations.

**Our Clients do not wish for this matter to continue to escalate. At the same time, they have no choice but to protect the reputations and livelihoods of not only themselves but also the numerous other members of the Homestead Heritage community. Our Clients, therefore, are offering you the opportunity to remove and retract these false statements before they are forced to file a lawsuit against you.**

Your statements must be both removed and retracted from all social media platforms as well as from all news sources that quoted your false and defamatory information, and replaced with public, truthful statements consistent with the factual information provided in this letter. This must be done in a manner and timeframe which is satisfactory to our Clients in order to avoid litigation which is certain to be protracted and expensive. The choice is up to you.

It is our Clients' firm desire to make peace and to see you and your sister Hopie restored in your relationships with your father and half-sister, Indiana. Please immediately contact us if you wish to reach an amicable result. If we do not receive a response from you within three (3) days of your receipt of this letter, our Clients will have no alternative but to proceed to litigation.

Sincerely,

S. Jeffrey Gately